IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY, Individually,
Plaintiff,
v.
JOSEPH RAFFAELE CORP., A Florida Corporation,
Defendant.

Case No.: 09-21257

## STIPULATION DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Thomas B. Bacon | By: /s/ S. David Sheffman |
| Thomas B. Bacon, Esq.<br>Attorney-At-Law<br>4868 S.W. 103rd Ave.<br>Cooper City, FL 33328<br>ph. (954) 925-6488<br>fax (954) 237-1990<br>tbb@thomasbaconlaw.com | S. David Sheffman, J.D., LL.B.<br>FBN: 717568<br>1111 Lincoln Rd.,<br># 400<br>Miami Beach, Fla. 33139<br>(305) 868-0727<br>(305) 861-4729 (fax)<br>dsheff@sheffmanlaw.com |

1