

**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  09-21257-CIV-MORENO**

OWEN HARTY,

     Plaintiff,

vs.

JOSEPH RAFFAELE CORP.,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal of Case with Prejudice **(D.E. 11)**, filed **June 26, 2009**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).  Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of June, 2009.

                                        FEDERICO A. MORENO
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record